DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MICHALE WALLACE,

Appellant,

v.

WEST SHORE OASIS, LLC d/b/a GRANDE OASIS AT CARROLLWOOD,

Appellee.

No. 2D2025-0590

_____

November 21, 2025

Appeal from the County Court for Hillsborough County; Jennifer P. Johnson, Judge.

Michale Wallace, pro se.

No appearance by Appellee.

PER CURIAM.

    Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.